IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**LOUIS E. HOPKINS,**
a/k/a "Lou,"

**Defendant.**                                                              No. 08-30225-DRH

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

Now before the Court is the Government's motion to continue trial (Doc. 18). The Government moves the Court to continue the trial set for January 12, 2009 to January 26, 2009 arguing that it intended to supersede the indictment to include three counts of distribution of crack cocaine, as well as other charges, and that it did not do so because the Government was led to believe that Defendant intended to plead guilty to the two-count indictment.[1] Further, the Government states that it needs more time to prepare for trial as it was unaware until January 5, 2009 that the plea negotiations had failed. The Court notes that Defendant objects to the motion to continue trial.[2] Based on the circumstances in this case, the Court **FINDS** that a

---

[1] On October 22, 2008, the grand jury returned a two-count indictment against Hopkins (Doc. 1). Count 1 charges Hopkins with being a felon in possession of a firearm and COunt 2 is a forfeiture count of the firearm.

[2] During the January 5, 2009 hearing regarding the status of counsel, Defendant Hopkins objected to his attorney's oral motion to continue trial. Further, in its motion, the Government states that defense counsel objects to the

continuance is warranted to allow the Government to supersede the indictment. Here, the Government was lulled into believing that the Defendant was going to plead guilty to the charges contained in the indictment and that was the basis for the Government withholding the additional charges. Thus, the Court **GRANTS** the motion to continue trial (Doc. 18). The Court **CONTINUES** the jury trial set for January 12, 2009 to January 26, 2009 at 9:00 a.m.

**IT IS SO ORDERED.**

Signed this 6th day of January, 2009.

/s/     David R Herndon
**Chief Judge**
**United States District Court**

---

motion to continue trial.