IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**LOUIS E. HOPKINS,**
a/k/a "Lou,"

**Defendant.**                                    No. 08-CR-30225-DRH

**MEMORANDUM and ORDER**

**HERNDON, Chief Judge:**

Now before the Court is Defendant's January 21, 2009 motion to continue trial setting (Doc. 46). Defendant's counsel maintains that he needs additional time to prepare for trial as the grand jury returned a superseding indictment that contains two counts of witness tampering which are substantially different from the charges contained in the original indictment. The Court being fully advised in the premises finds that Defendant's counsel needs more time to prepare for trial as the witness tampering charges are substantially different than the charges contained in the original indictment. To force the Defendant to trial without sufficient time to prepare would be a manifest miscarriage of justice. Further, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and the Defendant in a speedy trial.

Therefore, the Court **GRANTS** Defendant's January 21, 2009 motion to

continue trial setting (Doc. 40). The Court **CONTINUES** the jury trial scheduled for January 26, 2009 to **Monday, February 23, 2009 at 9:00 a.m.** The time from the date the original motion was filed, January 21, 2009, until the date to which the trial is rescheduled, February 23, 2009, is excludable time for the purposes of speedy trial. Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

Further, in light of the allegations in the Superceding Indictment and the response to the motion to continue, the Court **PROHIBITS** Hopkins from having any communication with anyone beside his legal counsel, Mr. Todd Schultz and Mr. Philip Kavanaugh (or their designated staff with appropriate federal identification). This prohibition includes ALL phone calls, visits, and mail with anyone except the designated authorized persons.

**IT IS SO ORDERED.**

Signed this 22nd day of January, 2009.

/s/ David R Herndon
**Chief Judge**
**United States District Court**