IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

**Plaintiff,**

v.

**LOUIS E. HOPKINS,**
a/k/a "Lou,"

**Defendant.** No. 08-30225-DRH

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is Hopkins' counsel's motion for leave to withdraw conflict of interest (Doc. 58). The Government does not oppose the motion. Based upon the reasons stated in the motion, the Court **GRANTS** the motion. The Court **ALLOWS** Assistant Federal Public Defender Todd Schultz and the Office of the Federal Public Defender leave to withdraw as counsel for Hopkins in this case. Further, the Court **APPOINTS** attorney Rodney Holmes to represent Hopkins in this matter.

**IT IS SO ORDERED.**

Signed this 11th day of February, 2009.

/s/     David R Herndon

**Chief Judge**
**United States District Court**