IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**LOUIS E. HOPKINS,**
a/k/a "Lou,"

**Defendant.**                                          No. 08-CR-30225-DRH

## MEMORANDUM and ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant's February 20, 2009 motion to continue trial and for extension of time to file pretrial motions (Doc. 62). Defendant's counsel maintains that he needs additional time to prepare for trial and to file pretrial motions as he just entered his appearance in this case on February 16, 2009. The Court being fully advised in the premises finds that Defendant's counsel needs additional time to prepare for trial. To force the Defendant to trial without sufficient time to prepare would be a manifest miscarriage of justice. Further, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and the Defendant in a speedy trial.

Therefore, the Court **GRANTS** Defendant's February 20, 2009 motion to continue trial setting (Doc. 62). The Court **CONTINUES** the jury trial scheduled

for February 23, 2009 to **Monday, April 27, 2009 at 9:00 a.m.** The time from the date the original motion was filed, February 20, 2009, until the date to which the trial is rescheduled, April 27, 2009, is excludable time for the purposes of speedy trial. Further, the Court **GRANTS in part** Hopkins' extension of time to file pretrial motions. The Court **ALLOWS** Hopkins up to and including March 13, 2009 to file pretrial motions. Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

      **IT IS SO ORDERED.**

      Signed this 20th day of February, 2009.

                                     /s/     David R Herndon
                                **Chief Judge**
                                **United States District Court**