IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

LOUIS E. HOPKINS,
a/k/a "Lou,"

Defendant.                                              No. 08-CR-30225-DRH

## MEMORANDUM and ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant's April 20, 2009 motion to continue trial (Doc. 71). Defendant's counsel maintains that he needs additional time to interview witnesses and prepare for trial as he was appointed counsel in this case on March 27, 2009 and obtained discovery April 3, 2009. The Court being fully advised in the premises finds that Defendant's counsel needs additional time to prepare for trial. To force the Defendant to trial without sufficient time to prepare would be a manifest miscarriage of justice. Further, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and the Defendant in a speedy trial.

Therefore, the Court **GRANTS** Defendant's April 20, 2009 motion to continue trial setting (Doc. 71). The Court **CONTINUES** the jury trial scheduled for April 27, 2009 to **Monday, July 6, 2009 at 9:00 a.m.** The time from the date the

original motion was filed, April 20, 2009, until the date to which the trial is rescheduled, July 6, 2009, is excludable time for the purposes of speedy trial. Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 22nd day of April, 2009.

/s/ David R Herndon
**Chief Judge
United States District Court**