IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 08-30225-DRH-PMF |
| ) | |
| LOUIS E. HOPKINS, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS

On October 20, 2009, this Court entered an Order for forfeiture against defendant Louis E. Hopkins, for the following property which had been seized from said defendant:

1. One Arms Corporation of the Phillipines (ARMSCOR), Model AK47/22 (M-AK22), .22 Long Rifle caliber, semi-automatic rifle, bearing an originally obliterated serial number that was later restored to reflect a serial number of A406786;

2. One Charter Arms, Model Undercover, .38 Special caliber revolver, bearing serial number 420323;

3. One Norinco, Model SKS 7.62 x 39mm, semi-automatic rifle, bearing serial number W6093; and

4. All ammunition contained within the foregoing firearms.

Said Order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The Court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning October 21, 2009, and ending November 19, 2009, and that no third party filed a petition within 30 days after the last date of

said publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. § 853(n)(7) that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on October 20, 2009, namely:

1. One Arms Corporation of the Phillipines (ARMSCOR), Model AK47/22 (M-AK22), .22 Long Rifle caliber, semi-automatic rifle, bearing an originally obliterated serial number that was later restored to reflect a serial number of A406786;

2. One Charter Arms, Model Undercover, .38 Special caliber revolver, bearing serial number 420323;

3. One Norinco, Model SKS 7.62 x 39mm, semi-automatic rifle, bearing serial number W6093; and

4. All ammunition contained within the foregoing firearms.

The Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law.

**DATE: January 11, 2010**

/s/ David R Herndon

**Chief Judge**
**United States District Court**