IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:08-cr-30225-DWD |
| | ) | |
| LOUIS E. HOPKINS, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM & ORDER

**DUGAN, District Judge:**

This matter is currently before the Court on Defendant Louis E. Hopkins Motion for Early Termination of Supervised Release (Doc. 144). Hopkins has been serving a 5-year term of supervised release which was originally scheduled to expire on September 1, 2022. On August 16, 2022, the Court extended his term of supervised release by three months to December 1, 2022. Hopkins term of supervised release was extended to allow him to complete a substance abuse assessment and to follow any treatment recommendations. According to the motion, Hopkins has completed a substance abuse assessment and the treatment provider is not recommending any additional treatment. The Government describes Hopkins as a "good candidate" for an early termination of supervised release and is not opposed to the motion (Doc. 146). Likewise, the U.S. Probation Office has no objection to the motion. (*Id.*).

18 U.S.C. § 3583(e)(1) provides that "the court may, after considering the factors set forth in section 3553(a) . . . terminate a term of supervised release and discharge the

defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." *See also* Fed. R. Crim. Proc. 32.1(c)(2) (allowing for modification of supervised release without a hearing).

After considering the motion and the Section 3553(a) factors, the Court finds that early termination of Hopkins' supervised release is warranted by his conduct and in the interest of justice. Accordingly, the Motion for Termination of Supervised Release (Doc. 144) is **GRANTED**. The previously imposed term of probation is **TERMINATED** as of the date of this Order.

**IT IS SO ORDERED.**

Dated: November 2, 2022

DAVID W. DUGAN
United States District Judge